## CERTIFICATE OF SERVICE

I, Mary E. Augustine, hereby certify that on the 26th day of March, 2007, I caused a true and correct copy of the **Notice of Dismissal**, to be served upon the parties listed below in the manner indicated.

### *VIA* FIRST CLASS U.S. MAIL

*Corporation Service Company*
Stewart & Stevenson Employee Services, Inc.
40 Technology Parkway S #300
Norcross, GA 30092

_____
Mary E. Augustine (No. 4477)

655395-1